# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| PRYOR | : | 02-3478 |
| SCHENONE | : | 02-5412 |
| STREM, ET AL. | : | 02-5495 |
| SHEPPARD | : | 02-5530 |
| RENNA, ET AL. | : | 02-5531 |
| PAUL | : | 02-5540 |
| SMITHSON | : | 02-5557 |
| CANTISANO | : | 02-5594 |
| GROHS, ET AL. | : | 02-5611 |
| PARLATORE, ET AL. | : | 02-5622 |
| MAYER | : | 02-5652 |
| MCCUE | : | 02-5654 |
| SULME, ET AL. | : | 02-5709 |
| LOMBARDI, ET AL. | : | 02-5728 |
| NEUMAN | : | 02-5740 |
| RUTLEDGE, ET AL. | : | 02-5766 |
| LITTLE | : | 02-5797 |
| MELTON | : | 02-5802 |
| RIVERA, ET AL. | : | 02-5836 |
| INGHAM, ET AL. | : | 02-5853 |
| MUNOZ | : | 02-5865 |
| MARKOW, ET AL. | : | 02-5881 |
| JUSTICE, ET AL. | : | 02-5916 |
| VASQUEZ | : | 02-5944 |
| HAUFF | : | 02-5957 |
| HANKLA | : | 02-6023 |
| WINSTON | : | 02-6028 |
| HOLLOWFIELD | : | 02-6034 |
| DUGDALE | : | 02-6069 |
| CHRISTOPHER, ET AL. | : | 02-6084 |
| RODRIGUEZ, ET AL. | : | 02-6104 |
| CANALITA, ET AL. | : | 02-6140 |
| CATE, ET AL. | : | 02-6141 |
| MARTINEZ, ET AL. | : | 02-6150 |
| CHOATE, ET AL. | : | 02-6151 |
| TOLEDO, ET AL. | : | 02-6184 |
| TUCKER, ET AL. | : | 02-6207 |
| JONES, ET AL. | : | 02-6224 |
| JOPALIAN, ET AL. | : | 02-6248 |
| KLINGEL, ET AL. | : | 02-6254 |

| | | |
|---|---|---|
| SHAH, ET AL. | : | 02-6293 |
| STEPHENS, ET AL. | : | 02-6317 |
| MATTSON, ET AL. | : | 02-6325 |
| SNYDER, ET AL. | : | 02-6336 |
| SHAIA, ET AL. | : | 02-6340 |
| MARTINEZ, ET AL. | : | 02-6406 |
| PERIERA, ET AL. | : | 02-6411 |
| ILAGAN, ET AL. | : | 02-6432 |
| JIMINEZ | : | 02-6452 |
| DEKKER, JR., ET AL. | : | 02-6475 |
| TORRES, ET AL. | : | 02-6477 |
| REID | : | 02-6505 |
| DONLEY, ET AL. | : | 02-6506 |
| HART | : | 02-6556 |
| VS. | : | |
| BAYER CORPORATION, *et al.* | : | |

## O R D E R

**AND NOW,** this          day of August, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]  -  Order staying these proceedings pending disposition of a related action.

[   ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[   ]  -  Interlocutory appeal filed.

[ X ]  -  Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN, Judge**